# In the United States Court of Federal Claims

No. 18-398C

(Filed: May 2, 2018)

FILED

MAY - 2 2018

U.S. COURT OF
FEDERAL CLAIMS

```
************************************
                                   *
HEETER CONSTRUCTION, INC.          *
                                   *
                                   *
           Plaintiff,              *
                                   *
                                   *
     v.                            *
                                   *
THE UNITED STATES,                 *
                                   *
                                   *
           Defendant.              *
                                   *
************************************
```

## ORDER OF DISMISSAL

Plaintiff's complaint was filed on March 15, 2018. Pursuant to the Court Order dated March 28, 2018, the Court notified Plaintiff that if he failed to obtain and file notice of counsel by April 30, 2018, his complaint would be dismissed without prejudice for failure to prosecute under Rule 41 of the Rules of the Court of Federal Claims. To date, Plaintiff has not yet obtained or filed notice of counsel. Therefore, Plaintiff's case is **DISMISSED** for failure to prosecute. The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Senior Judge
for
EDWARD J. DAMICH
Senior Judge

7017 1450 0000 1346 1758